IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CINDY L. SELLERS and SHANE SELLERS,

      Plaintiffs,

vs.                                            Case No. 08-4033-JAR

GREAT PLAINS MEDIA, formerly known as
JAYHAWK BROADCASTING and its
representatives,

      Defendant.

### ORDER

This matter comes before the court upon defendant's Motion for Order for Inspection of Reproduction of Kansas Human Rights Commission Records (Doc. 11). The present motion asks the court to order the Kansas Human Rights Commission ("KHRC") to produce for inspection all files and documents concerning the investigation of plaintiff Cindy Sellers' complaint with the KHRC regarding plaintiff's charges against defendant Jayhawk Broadcasting, KHRC No. 30964-07. The present motion indicates that plaintiff does not oppose this relief.

The court finds that the documents defendant seeks appear to be relevant and discoverable and will grant defendant's motion requesting production, with minor modifications to conform to the court's standard procedure. Accordingly, and for good cause shown,

**IT IS HEREBY ORDERED** that Motion for Order for Inspection of Reproduction of Kansas Human Rights Commission Records (Doc. 11) is hereby granted, with modifications as set forth hereinafter.

**IT IS FURTHER ORDERED** that the KHRC shall produce to any party to this action, or any attorney representing such a party, a copy of its investigative file(s) pertaining to charges filed by plaintiff Cindy L. Sellers complaint with the KHRC, except such portions thereof which may be

of a deliberative or conciliatory nature or attorney work product of the KHRC's legal staff. The KHRC is ordered to allow copies of the same to be made at the expense of the party receiving such production. Should the KHRC consider that any items are of a deliberative or conciliatory nature or attorney work product of the KHRC's legal staff, copies of such items shall be forwarded to the undersigned judge for in camera inspection within 15 days of the date of this order. A brief summary of the documents submitted to the court shall be served on all parties in this case.

IT IS SO ORDERED.

Dated this 10th day of July, 2007, at Topeka, Kansas.

s/ K. Gary Sebelius
K. Gary Sebelius
U.S. Magistrate Judge

cc:   All counsel, KHRC